

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, 7th Floor     (973) 297-2067
Newark, New Jersey 07102

October 23, 2008

Hon. Freda L. Wolfson
United States District Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Chambers 5050
Trenton, New Jersey 08608

*Rec'd 10-24-08*

    Re:  United States v. Edward J. Mosberg
          Criminal No. 08-678 (FLW)

Dear Judge Wolfson:

    As referenced at arraignment in the aforementioned case, enclosed please find a proposed complex case management Order. If the proposed Order meets with Your Honor's approval, kindly execute the original and have your deputy file electronically file the Order.

    Though enclosed Order states that the United States shall respond to the defendant's motion for a Bill of Particulars on or before October 31, 2008, the undersigned respectfully requests that the Court permit a brief extension to November 7, 2008. Counsel for the defendant has no objection to this extension.

    Thank you.

                                              Respectfully submitted,

                                              CHRISTOPHER J. CHRISTIE
                                              United States Attorney

                                        By: Christopher J. Gramiccioni
                                              Assistant U.S. Attorney

cc:  Peter W. Till, Esq.

                                                IT IS SO ORDERED:

                                                _____
                                                FREDA L. WOLFSON, U.S.D.J.  10-31-08