UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-678 (FLW) |
| EDWARD J. MOSBERG | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant Edward J. Mosberg (Jonathan L. Goldstein, Esq., appearing), and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing), for an Order granting a continuance of the proceedings in the above-captioned matter, and resetting the dates for the filing of pretrial motions and commencement of trial; and this matter having been declared a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) by prior Order of this Court. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The charges in this case are the result of a lengthy investigation and involve allegations of conspiracy to commit mail fraud, mail fraud and bribery offenses.

2. The discovery in this case is voluminous, and includes, among other items, thousands of pages of documents that were subpoenaed by the United States in the course of this investigation.

3. The defendant will require additional time to review discovery and complete his investigation of the charges.

4. The defendant will also require additional time to research and determine what pretrial motions to file, to file and respond to pretrial motions, and to prepare for pretrial hearings and for trial.

5. The defendant has consented to this continuance.

6. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 4th day of ~~January~~ February, 2009, ORDERED that:

1. The proceedings in this matter shall be continued from the date this Order is signed until October 5, 2009;

2. The period from the date this Order is signed until October 5, 2009 shall be excluded in computing time under the Speedy Trial Act of 1974; 18 U.S.C. § 3161;

3. Defendant shall file the motion to dismiss the Indictment, as represented at today's proceeding, on or before February 27, 2009. The United States shall respond to this motion on or before March 27, 2009. Defendant's reply, if applicable, shall be filed on or before April 14, 2009. The return date for this motion shall be May 8, 2009;

2

4. Defendant shall file all remaining motions on or before July 10, 2009. The United States shall respond to such motions on or before July 24, 2009. The return date for these motions shall be August 7, 2009;

5. Trial shall commence on October 5, 2009.

_____
HON. FREDA L. WOLFSON
United States District Judge

On Consent of the Parties:

_____
Christopher J. Gramiccioni
Assistant U.S. Attorney

_____
Jonathan L. Goldstein, Esq.
Counsel for Defendant Mosberg

_____
Edward J. Mosberg
Defendant