

## U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street, 7th Floor
Newark, New Jersey 07102

(973) 297-2067

March 9, 2009

**By facsimile only**

Hon. Freda L. Wolfson
United States District Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Chambers 5050
Trenton, New Jersey 08608

> Re:  United States v. Edward J. Mosberg
>      Criminal No. 08-678 (FLW)

Dear Judge Wolfson:

   The United States respectfully requests an extension of time to file a response to the defendant's letter dated March 3, 2009, addressing the issue of the duplicative "Page 4" of the Indictment.

   With the Court's permission, the United States wishes to file a response in conjunction with its response to the defendant's motion to dismiss, due on March 27, 2009. Counsel for the defendant has no objection to this request. Further, it is the parties' understanding that the defendant will have until April 14, 2009 to file any reply brief necessary on both of these issues.

If this request is amenable to the Court, please advise whether the Court would like the the United States to provide a proposed Order granting this extension.

                                          Respectfully submitted,

                                          RALPH J. MARRA, JR.
                                          Acting United States Attorney

                                         By: Christopher J. Gramiccioni
                                               Assistant U.S. Attorney

cc: Jonathan L. Goldstein, Esq.

IT IS SO ORDERED:

_____ 3/9/09
FREDA L. WOLFSON, U.S.D.J.