UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-678 (FLW) |
| EDWARD J. MOSBERG | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant Edward J. Mosberg (Jonathan L. Goldstein, Esq., appearing), and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing), for an Order granting a continuance of the proceedings in the above-captioned matter; and this matter having been declared a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) by prior Order of this Court. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

    1. The charges in this case are the result of a lengthy investigation and involve allegations of conspiracy to commit mail fraud, mail fraud and bribery offenses.

    2. The discovery in this case is voluminous and includes, among other items, thousands of pages of documents that were subpoenaed by the United States in the course of this investigation.

3. A grand jury sitting in Newark, New Jersey returned a Superseding Indictment on March 26, 2009. Since that date, the parties have engaged, and continue to engage, in extensive motions practice.

4. The defendant will require additional time to review discovery, complete his investigation of the charges, and to prepare for pretrial hearings and trial.

5. Both the United States and the defendant have consented to this continuance and granting of this continuance will conserve judicial resources.

6. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of July, 2009,

ORDERED that:

1. The proceedings in this matter shall be continued from the date this Order is signed until January 25, 2010;

2. The period from the date this Order is signed until January 25, 2010 shall be excluded in computing time under the Speedy Trial Act of 1974; 18 U.S.C. § 3161; and

3. Trial shall commence on January 25, 2010. The Court will set dates for proposed voir dire, proposed jury instructions and trial briefs at a later date.

*[signature]*
HON. FREDA L. WOLFSON
United States District Judge

On Consent of the Parties:

*[signature]*
Christopher J. Gramiccioni
Assistant U.S. Attorney

*[signature]*
Jonathan L. Goldstein, Esq.
Counsel for Defendant Mosberg

*[signature]*
Edward J. Mosberg
Defendant

3